UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSP RECOVERY CLAIMS,
SERIES LLC, *a Delaware entity*,

            Plaintiff,

– *against* –

HEREFORD INSURANCE COMPANY,
*a New York company*,

            Defendant.

**ORDER**

20 Civ. 4776 (ER)

RAMOS, D.J.:

    MSP Recovery Claims filed this complaint on June 22, 2020. Over 90 days later, it has not filed any certification of service with the Court. Accordingly, MSP Recovery Claims is directed to serve Hereford Insurance Company by October 23, 2020, or have this action be dismissed without prejudice. Fed. R. Civ. P. 4(m).

It is SO ORDERED.

Dated:   September 24, 2020
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.