# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MSP RECOVERY CLAIMS, SERIES LLC,

                Plaintiff,                                  20 **CIVIL** 4776 (ER)

        -against-                                      **<u>JUDGMENT</u>**

HEREFORD INSURANCE COMPANY,

                Defendant.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 11, 2022, MSP lacks Article III standing. Accordingly, Hereford's motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) is GRANTED and the case is closed.

**Dated:** New York, New York
           January 12, 2022

                                                                    RUBY J. KRAJICK

                                                                    Clerk of Court

                                             BY:

                                                                      Deputy Clerk